# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 436 MAL 2021
                                  :
                Respondent     :
                                  :
                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court
              v.                 :
                                  :
                                  :
STEVEN D. GEBHART,                :
                                  :
                Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.